No. 88–1586. JACKSON v. LIQUID CARBONIC CORP. ET AL. C. A. 1st Cir. Certiorari denied.

No. 88–1619. ALABAMA DEPARTMENT OF EDUCATION ET AL. v. POWERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1654. CALIFORNIA v. FARMER. Sup. Ct. Cal. Certiorari denied.

No. 88–1687. DOOLEY v. FORT WORTH INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1689. COVINGTON v. SAPPINGTON. Ct. App. N. M. Certiorari denied.

No. 88–1690. GREATER BUFFALO PRESS, INC., ET AL. v. FEDERAL RESERVE BANK OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1691. STERLING DRUG INC. v. CIRCUIT COURT FOR MILWAUKEE COUNTY ET AL. Sup. Ct. Wis. Certiorari denied.

No. 88–1694. MURPHY v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 88–1697. HAJOCA CORP. v. HEROLD. C. A. 4th Cir. Certiorari denied.

No. 88–1699. CULLEN v. PAINE, WEBBER, JACKSON & CURTIS, INC. C. A. 11th Cir. Certiorari denied.

No. 88–1703. SHAPERO v. KENTUCKY BAR ASSN. Sup. Ct. Ky. Certiorari denied.

No. 88–1704. LEUCADIA, INC. v. RELIANCE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 88–1707. ZIMMERMANN v. BOARD OF PROFESSIONAL RESPONSIBILITY. Sup. Ct. Tenn. Certiorari denied.

No. 88–1709. POTTER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.